THE STATE, EX REL. VANCE, APPELLANT, *v.* GLASSER, JUDGE, APPELLEE.

(No. 73-860—Decided April 17, 1974.)

*Messrs. Konop, Skow, Schlachter & Weisberg* and *Mr. Alan S. Konop,* for appellant.

*Mr. Harry Friberg,* prosecuting attorney, and *Mr. James E. McCormick,* for appellee.

*Per Curiam.* The judgment of the Court of Appeals is affirmed, but for the reason that relator's petition fails to state a cause of action in prohibition.

*Judgment affirmed.*

O'NEILL, C. J., HERBERT, CORRIGAN, STERN, CELEBREZZE, W. BROWN ond P. BROWN, JJ., concur.